THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARYL HAMM, Appellant.

Submitted October 9, 2012; decided October 18, 2012

Motion for assignment of counsel granted and David C. Schopp, Esq., The Legal Aid Bureau of Buffalo, Inc., 237 Main Street, Suite 1602, Buffalo, New York 14203 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v KEVIN W., Respondent.

Submitted October 1, 2012; decided October 18, 2012

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the respondent on the appeal herein.